IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Dinh, Chi Huu

Printed: 6/24/08

Case Number: 07 B 04558
Judge: Wedoff, Eugene R
Filed: 3/15/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 17, 2008
Confirmed: June 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 25,284.76 |  |
| Secured: |  | 22,037.87 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 1,257.97 |
| Other Funds: |  | 1,988.92 |
| Totals: | 25,284.76 | 25,284.76 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 0.00 | 0.00 |
| 2. | Chase Manhattan Mortgage Corp | Secured | 4,208.88 | 3,885.12 |
| 3. | SN Servicing Corporation | Secured | 12,308.00 | 11,225.00 |
| 4. | Walden Condominium | Secured | 3,500.00 | 1,200.00 |
| 5. | Cook County Treasurer | Secured | 2,825.00 | 800.00 |
| 6. | Chase Manhattan Mortgage Corp | Secured | 2,946.48 | 1,297.93 |
| 7. | SN Servicing Corporation | Secured | 8,240.26 | 3,629.82 |
| 8. | Capital One | Unsecured | 607.31 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 510.13 | 0.00 |
| 10. | Cook County Treasurer | Unsecured | 1,351.76 | 0.00 |
| 11. | Walden Condominium | Unsecured | 3,203.09 | 0.00 |
| 12. | First Premier | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 39,700.91 | $ 22,037.87 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 1,257.97 |
|  | _____ |
|  | $ 1,257.97 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Dinh, Chi Huu | Case Number:  07 B 04558 |
| | Judge:  Wedoff, Eugene R |
| Printed:  6/24/08 | Filed:  3/15/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

